UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| BRIAN WRIGHT, ) | |
| ) | |
| Plaintiff, ) | 3:08-cv-00243-LRH-RAM |
| ) | |
| v. ) | |
| ) | O R D E R |
| NEVENS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before this Court is Report and Recommendation of U.S. Magistrate Judge Robert A. McQuaid (#70[1]) entered on February 11, 2010, recommending granting Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (#37) filed on July 17, 2009, and denying as moot Defendant Baca's Motion for Summary Judgment (#49) filed on August 28, 2009. Plaintiff filed his Objection to Report and Recommendation of U.S. Magistrate Judge (#73) on March 12, 2010, and Defendants filed their response to Plaintiff's Objection to Report and Recommendation of U.S. Magistrate Judge on March 29, 2010 (#74), pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant

---

[1]Refers to court's docket number.

to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#70) entered on February 11, 2010, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#70) entered on February 11, 2010, is adopted and accepted, and Defendant's Motion for Summary Judgment (#37) is GRANTED and Defendant Baca's Motion for Summary Judgment (#49) is DENIED as moot.

The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED this 30th day of March, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE